| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Sutton* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>*A. Sutton*   *5/6/05* |
| 1. Article Addressed to:<br>Winn Dixie, Corporate Office<br>Legal Department<br>5050 Edgewood Court<br>Jacksonville, FL 32254<br>05cv392 S+C | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7000 1670 0012 6259 0918 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |