**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   2:05CV392 S+C

Duncan Smith, Manager
Winn Dixie, Corporate Office
Legal Department
5050 Edgewood Court
Jacksonville, FL 33254

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *A. Sutton*   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
A. Sutton

C. Date of Delivery
5/6/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7000 1670 0012 6259 0925

102595-02-M-1540

Domestic Return Receipt

February 2004