**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANTONETTA S. GROVE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case Number:  2:05-cv-392-W** |
| | ) | |
| **WINN DIXIE and DUNCAN SMITH** | ) | |
| **IN HIS INDIVIDUAL AND OFFICIAL** | ) | |
| **CAPACITY AS STORE MANAGER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF COMMENCEMENT OF BANKRUPTCY AND MOTION FOR STAY**

PLEASE TAKE NOTICE that on February 21, 2005, Defendant Winn-Dixie Montgomery, Inc., incorrectly named as WINN-DIXIE (hereinafter "Winn-Dixie" or "Defendant") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing a bankruptcy case being jointly administered under the style In re Winn-Dixie Stores, Inc., No.05-11063, in the United States Bankruptcy Court for the Southern District of New York, and later transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

11 U.S.C. § 362(a)(1) provides that the filing of a voluntary petition operates as a stay, applicable to all entities, of the continuation, including the issuance or employment of process, of a judicial action or proceeding against the debtor that was or could have been commenced before the filing of the petition, or to recover a claim against the debtor that arose before the petition.

According to paragraphs 8, 9, 10, 15 and 17 of the Complaint, the alleged actions giving rise to the Complaint occurred in December of 2004, prior to the filing of the bankruptcy petition.  Accordingly, defendant Winn-Dixie hereby submits that this matter is due to be stayed[1].

This 16th day of  May, 2005.

Respectfully submitted,

s/Robbie Steele Martin
Thomas A. Davis (ASB-5877-S56T)
E-mail: tdavis@constangy.com
Robbie Steele Martin (ASB-6834-E47R)
E-mail: rmartin@constangy.com

CONSTANGY, BROOKS & SMITH, LLC
Suite 1410, AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-9321
Facsimile: (205) 323-7674

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Law Offices of Juraldine Battle-Hodge
Juraldine Battle-Hodge
207 Montgomery Street, Suite 215
Montgomery, AL 36104

s/Robbie Steele Martin
Robbie Steele Martin

---

[1] See Williamson v. Winn-Dixie Montgomery, Inc. CV-04-704-F (Judge Fuller dismissed a case upon similar filing).