IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONETTA S. GROVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV392-W |
| ) | |
| WINN DIXIE and DUNCAN SMITH, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the notice of commencement of bankruptcy filed by defendant Winn-Dixie on May 16, 2005 (Doc. # 5), it is

ORDERED that plaintiff is DIRECTED to show cause, on or before May 27, 2005 why plaintiff's claims against defendant Winn-Dixie and Smith in his "official capacity as store manager" should not be DISMISSED without prejudice as commenced in violation of 11 U.S.C. § 362(a).

Done, this 20th day of May, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE